UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07- 80191 -CR-RYSKAMP

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

Timothy Wayne Beckett

 Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the defendant's objection (appeal) to the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins. This court has conducted a de novo review of the pleadings and has read the transcript of testimony.

**ORDERED and ADJUDGED** that the Magistrate was correct in his findings of fact and conclusions of law. The Report and Recommendation issued February 19, 2008, DE# 28 is **AFFIRMED** and **ADOPTED** in its entirety and the objections (appeal) are overruled. Furthermore, it is hereby ordered that the Defendant's Motion to Dismiss Indictment, The Defendant's Motion to Suppress (Provider) Evidence and Motion to Suppress Evidence from ( Computer) Search Warrant are **DENIED**.

**DONE and ORDERED** in West Palm Beach, this /2- day of March , 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: counsel of record
   United States Magistrate Judge James M. Hopkins