UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80191-Cr-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY WAYNE BECKETT,

    Defendants.

_____/

## REPORT AND RECOMMENDATION ON DEFENDANT'S RENEWED MOTIONS TO SUPPRESS EVIDENCE (DEs 42, 43)

    THIS CAUSE is before the Court on an order of reference from Senior United States District Court Judge Kenneth L. Ryskamp. (DE 45). Before the Court are Defendant's Renewed Motion to Suppress Evidence from Search Warrant (DE 42), and Defendant's Renewed Motion to Suppress Evidence (DE 43). This Court held a hearing on Defendant's motions on May 27, 2008. The defendant indicated in his motions and at the hearing that he was only seeking to preserve his appellate rights in the wake of a Superseding Indictment having been filed and that he was not seeking to re-open the evidentiary hearing held on the original motions to suppress.

    Considering that there are no new circumstances affecting the disposition of the motions, this Court RECOMMENDS to the District Court that Defendant's

Renewed Motion to Suppress Evidence from Search Warrant (DE 42), and Defendant's Renewed Motion to Suppress Evidence (DE 43) be DENIED.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Judge Kenneth L. Ryskamp, within ten (10) days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See *United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 17 day of June, 2008.

*James M. Hopkins*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:

Senior United States District Court Judge Kenneth L. Ryskamp
Counsel of Record