UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80191-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Timothy Beckett,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on June 17, 2008.

The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's Renewed Motions to Supress Evidence, DE# 42 and 43 are **DENIED**.

**DONE and ORDERED** in West Palm Beach, this 2 day of June, 2008.

                            KENNETH L. RYSKAMP
                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        U.S. Magistrate Judge James M. Hopkins